UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
MAMIE H. BELL, NAYQUAN A. BELL,

                Plaintiffs,

    -against-

DEUTSCHE BANK, INDYMAC 2006-AR27,
RAS BORISKIN, LLC,

                Defendants.
----------------------------------------------------------------X

For Online Publication Only

**FILED**
**CLERK**
12:53 pm, Oct 19, 2021
**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

**ORDER**
18-CV-01593 (JMA) (AYS)

**AZRACK, United States District Judge:**

In an order dated September 30, 2021, the Court granted Plaintiffs fourteen (14) days, from the date of the order, to file an amended complaint in accordance with the Court's Dismissal Order dated September 30, 2019. The September 30, 2021 order warned Plaintiffs that "a failure to timely file and serve an amended complaint in accordance with this Order will result in the DISMISSAL of this action WITH PREJUDICE." To date, no amended complaint has been filed and served and the deadline for doing so has passed. Accordingly, the Court dismisses this action, with prejudice, for failure to prosecute and for failure to file an amended complaint by the deadline set by the Court. The Clerk of Court is directed to close this case. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that, should plaintiffs seek *in forma pauperis* status for the purpose of an appeal, any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status is denied. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

**SO ORDERED.**

Dated: October 19, 2021
       Central Islip, New York

                                                 /s/ (JMA)
                                       JOAN M. AZRACK
                                       UNITED STATES DISTRICT JUDGE